# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LISA RITTERBECK, | ) | CASE NO. 5:16CV1572 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| AKRON FAMILY RESTAURANT, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Upon representation of parties and counsel, as memorialized in the Minutes Entry from the Mediation Hearing held on November 22, 2016 before the Court, that the above entitled cause of action has been settled between the parties, this case hereby is dismissed. A final Agreed Entry, approved by counsel for all parties, shall be filed with the Court on or before December 22, 2016..

Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action shall supersede the within order. The Court retains jurisdiction to resolve disputes concerning the memorialization of the settlement agreement in this matter. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994). This case hereby is closed.

**IT IS SO ORDERED**.

Dated: November 22, 2016

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**